IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP BYRD,

    Plaintiff,

v.

CHRIS BUESGEN,

    Defendant.

ORDER

Case No. 23-cv-64-jdp

    Plaintiff Phillip Byrd a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint in the Dane County Circuit Court in Madison, Wisconsin.  On January 27, 2023, the case was removed to this court.  Because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Phillip Byrd's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

    Entered this 27th day of January, 2023.

    BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge